**BY ECF**                                                                    November 22, 2017

**Honorable Analisa Torres, U.S.D.J.**
**United States District Court for the Southern District of New York**
**United States Courthouse**
**500 Pearl Street**
**New York, NY 10007**


**Re:**   *Tabak v. Idle Media, Inc.*
          *Docket No. 1:17-cv-8285 (AT)*

Dear Judge Torres,

   Pursuant to Your Honor's October 31, 2017 Order (Dkt. 5), Plaintiff Alec Tabak was to show cause as to why this matter should not be transferred to the Eastern District of Pennsylvania, by November 21, 2017.

   On November 8, 2017 Plaintiff served the Defendant Idle Media Inc. ("Idle") with the Summons and Complaint at its designated agent at Melanie Galero of Incorp. Services, Inc., 3773 Howard Hughes parkway, Las Vegas, NV 89169.  The Defendant has yet to appear in the case.

   Due to an unfortunate and inadvertent office error, Plaintiff did not show cause as instructed by the Court by November 21, 2017.   Plaintiff respectfully asks for an extension to make a showing of cause in order to prevent the transfer of this case to Pennsylvania.  Plaintiff is aware that the Court rarely grants extensions after a deadline has passed, but implores the Court in the interests of justice and in light of the onerous consequence of failing to make a showing, to extend the deadline.   No other deadlines would be affected and this is the Plaintiff's first request for an extension.

        We thank the Court for its time and understanding.

Respectfully Submitted,

/s/Richard P. Liebowitz
Richard P. Liebowitz
Yekaterina Tsyvkin
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com
kt@liebowitzlawfirm.com
*Attorneys for Plaintiff Helayne Seidman et al.*