ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------X
ALEC TABAK,

                Plaintiff,

-against-

IDLE MEDIA INC.

                Defendant.
X------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 1:17-cv-08285 (AT)

       **PLEASE TAKE NOTICE** that ADELMAN MATZ P.C., hereby appears in the above-entitled action on behalf of Defendant IDLE MEDIA INC. ("Defendant") and demands that all notices and papers concerning this proceeding be served upon the undersigned at the address given below.

Dated: New York, New York
       November 27, 2017

ADELMAN MATZ P.C.

By: _____
   Sarah M. Matz, Esq.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207
Email: sarah@adelmanmatz.com
*Attorneys for Defendant*

To:   All Counsel of Record Via ECF

1