

SARAH M. MATZ<br>
PARTNER<br>
SARAH@ADELMANMATZ.COM<br>
DIR: (646) 650-2213

November 27, 2017

**VIA ECF AND**
**ELECTRONIC MAIL**

Hon. Judge Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *Tabak v. Idle Media, Inc.* (1:17-cv-08285)

Hon. Judge Torres:

    We represent Idle Media, Inc. ("Defendant") in the above referenced action. We write pursuant to 1.C of Your Honor's Individual Practices to respectfully request an extension of Defendant's time to respond to the Complaint in this action.

    Defendant's time to respond to the Complaint currently expires on November 29, 2017. *See* Dckt. No. 6. Defendant is respectfully requesting that its time to respond to the Complaint be extended by thirty (30) days, i.e. up to and including December 29, 2017.

    The reason for this request is that this firm was recently asked to represent Defendant in this matter, and in light of the recent Thanksgiving holiday in which the undersigned was traveling out of the state, the undersigned will need additional time to prepare a response to the Complaint in this matter.

    Defendant has not requested any prior extensions to respond to the Complaint. Plaintiff's counsel has consented to this request. This request should not affect any other deadlines in this action.

    We appreciate the Court's time and consideration, and should Your Honor need any further information, we are available at the Court's convenience.

ADELMAN MATZ P.C.
PHONE: (646) 650-2207 • FAX: (646) 650-2108

MAILING:
1173A SECOND AVENUE, SUITE 153
NEW YORK, NEW YORK 10065

OFFICE:
780 THIRD AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017

Respectfully Submitted,

ADELMAN MATZ P.C.

Sarah M. Matz, Esq.

Cc:   All Counsel of Record Via ECF and Electronic Mail