

December 4, 2017

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Tabak v. Idle Media, Inc. (1:17-cv-8285-AT)*

Dear Judge Torres,

We represent Plaintiff, Alec Tabak, in the above in-captioned case. The Defendant has recently appeared in this action and both sides are engaging in good faith settlement discussions. The Plaintiff is also finding out some more information from Defendant regarding jurisdiction to add into its show cause. To save costs and allow the parties to engage in settlement, Plaintiff respectfully requests another extension until December 29, 2017 to show cause as to why the case should not be transferred. The Defendant has consented to this extension.

The Court's consideration is much appreciated.

                                          Respectfully submitted,

                                          /s/Richard Liebowitz
                                          Richard P. Liebowitz

                                        *Counsel for Plaintiff Alec Tabak*

