

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

December 4, 2017

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2017
```

Re:   *Tabak v. Idle Media, Inc. (1:17-cv-8285-AT)*

Dear Judge Torres,

We represent Plaintiff, Alec Tabak, in the above in-captioned case. The Defendant has recently appeared in this action and both sides are engaging in good faith settlement discussions. The Plaintiff is also finding out some more information from Defendant regarding jurisdiction to add into its show cause. To save costs and allow the parties to engage in settlement, Plaintiff respectfully requests another extension until December 29, 2017 to show cause as to why the case should not be transferred. The Defendant has consented to this extension.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Alec Tabak*

DENIED. Per the Court's order of November 27, 2017, *see* ECF No. 8, no further extensions shall be granted.

SO ORDERED.

Dated: December 4, 2017
       New York, New York

_____
ANALISA TORRES
United States District Judge

Liebowitz Law Firm, PLLC