UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEC TABAK | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii)) |
| Plaintiff, | |
| v. | Case No.: 1:17-cv-8285-AT |
| IDLE MEDIA, INC. | |
| Defendant. | |

IT IS HEREBY NOTICED, that the above case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

*Richard Liebowitz*
_____
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 12/5/2017
*Attorneys for Plaintiff Alec Tabak*

_____

SO ORDERED:

_____
Hon. Analisa Torres