```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEC TABAK

                Plaintiff,

v.

IDLE MEDIA, INC.

                Defendant.

NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(ii))

Case No.: 1:17-cv-8285-AT

    IT IS HEREBY NOTICED, that the above case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

*Richard Liebowitz*

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 12/5/2017
*Attorneys for Plaintiff Alec Tabak*

SO ORDERED.

Dated: December 5, 2017
       New York, New York

_____
ANALISA TORRES
United States District Judge