# EXHIBIT A



# EXHIBIT B

Case 1:17-cv-08285-AT   Document 172   Filed 12/05/17   Page 2 of 4

